IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )
    vs.    )    CRIMINAL NO.  21-CR-40039-SMY
    )
MingQing Xiao,    )
    )
    Defendant.    )

## VERDICT – COUNT 3

We, the jury, find the defendant, MINGQING XIAO, __Not Guilty__ of
(Guilty/Not Guilty)

False Statement as charged in Count 3 of the Indictment.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO.   21-CR-40039-SMY |
| | ) | |
| MingQing Xiao, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT – COUNT 4

We, the jury, find the defendant, MINGQING XIAO, ___Guilty___ of
                                                                (Guilty/Not Guilty)

False Statement On Tax Return as charged in Count 4 of the Indictment.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO.   21-CR-40039-SMY |
| | ) | |
| MingQing Xiao, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT – COUNT 5

We, the jury, find the defendant, MINGQING XIAO, _____Guilty_____ of
(Guilty/Not Guilty)

Fraud or False Statement On Tax Return as charged in Count 5 of the Indictment.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    CRIMINAL NO.  21-CR-40039-SMY |
| | ) |
| MingQing Xiao, | ) |
| | ) |
| Defendant. | ) |

### VERDICT – COUNT 6

We, the jury, find the defendant, MINGQING XIAO, ___*Guilty*___ of
(Guilty/Not Guilty)

Fraud or False Statement On Tax Return as charged in Count 6 of the Indictment.

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )
    vs.    )    **CRIMINAL NO.  21-CR-40039-SMY**
    )
MingQing Xiao,    )
    )
    Defendant.    )

### VERDICT – COUNT 7

We, the jury, find the defendant, MINGQING XIAO, ___Guilty___ of
(Guilty/Not Guilty)

Failure to File Report of Foreign Bank Account as charged in Count 7 of the Indictment.